**JEFFREY LEE COSTELL** (SBN 93688)
**ALEXANDRE IAN CORNELIUS** (SBN 180652)
COSTELL & CORNELIUS LAW CORPORATION
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 458-5959
Facsimile: (310) 458-7959

Attorneys for Plaintiffs
**PALMER/SIXTH STREET PROPERTIES, L.P., A CALIFORNIA LIMITED PARTNERSHIP, AND GEOFFREY PALMER**

**CARMEN A. TRUTANICH**, City Attorney (SBN 125465)
**TAYO A. POPOOLA** Deputy City Attorney (SBN 134564)
**MICHAEL J. BOSTROM**, Deputy City Attorney (SBN 211778)
700 City Hall East
200 North Main Street
Los Angeles, California 90012
Telephone: (213) 978-8228
Facsimile: (213) 978-8214

Attorneys for Defendant
**CITY OF LOS ANGELES**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER/SIXTH STREET PROPERTIES, L.P., a California Limited Partnership; GEOFFREY PALMER, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LOS ANGELES, a California Municipal Corporation; and DOES 1-50, inclusive<br><br>Defendants | CASE NO. CV 07-01346CAS(FMOx)<br><br>Honorable Christina A. Snyder<br>Courtroom 5<br><br>**JOINT STATUS REPORT RE: STATE COURT ACTION** |

F:\wpdocs\GH Palmer\6th Street\Pleadings\Federal Action\Status Report Federal\Status Report-Federal-04-11-11.wpd      **JOINT STATUS REPORT**

1

TO THE HONORABLE CHRISTINA A. SNYDER, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION:

On February 28, 2007 Palmer/Sixth Street Properties and Geoffrey Palmer (collectively, "Plaintiffs"), filed the Complaint commencing this action against Defendant City of Los Angeles ("Defendant").

On or about April 22, 2010, this Court stayed the instant proceeding pending resolution of the proceeding in the Los Angeles Superior Court Case No. BC 427941 (the "State Court Action"), after granting in part Defendant's motion to dismiss the instant action and staying the balance of this action until the State Court Action was resolved.

Pursuant to the Court's April 22, 2010 Order, Plaintiffs and Defendant provide this Joint Status Report regarding the State Court Action. The parties are currently drafting a settlement agreement that contains mutual releases. Upon execution of the settlement agreement, Plaintiffs will dismiss both actions.

The parties will continue to provide joint status reports to the Court regarding the state court action every 120 days in accordance with the Court's Order.

Dated: April 6, 2011

**COSTELL & CORNELIUS LAW CORPORATION**

By: /s/ Alexandre Ian Cornelius
   **ALEXANDRE IAN CORNELIUS**
Attorneys for Plaintiffs, Palmer/Sixth Street Properties, L.P. and Geoffrey Palmer

Dated: April 6, 2011

**CARMEN A. TRUTANICH**, City Attorney
**TAYO A. POPOOLA** Deputy City Attorney
**MICHAEL J. BOSTROM**, Deputy City Attorney

By: /s/ Michael J. Bostrom
   **MICHAEL J. BOSTROM**
   Deputy City Attorney
Attorneys for Defendant City of Los Angeles